IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARILYN M. NORWOOD                                                    PLAINTIFF

Vs.                              CASE NO.   4:11cv00465 JMM

NORTH LITTLE ROCK POLICE DEPARTMENT                    DEFENDANT

## ORDER

Defendant having filed an amended complaint as instructed by the Court and having been granted permission to proceed in forma pauperis, the Clerk is directed to issue summons to North Little Rock Police Department.

The United States Marshal is directed to serve the summons along with the Complaint and Amended Complaint (DE's #2 and #6) on Defendant without prepayment of fees and costs.

IT IS SO ORDERED this 20th day of October, 2011.

*/s/ James M. Moody*
UNITED STATES DISTRICT COURT