IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARILYN M. NORWOOD**                                             **PLAINTIFF**

**VS.**                              **4:11CV00465 JMM**

**NORTH LITTLE ROCK POLICE DEPARTMENT**           **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.    IT IS SO ADJUDGED this 18th day of January, 2012.

_____
JAMES M. MOODY
UNITED STATES DISTRICT JUDGE